# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth Dietrich,<br><br>      Plaintiff,<br> v.<br><br>THS Group LLC dba Total Home Protection; and DOES 1-10, inclusive,<br><br>      Defendants. | Civil Action No.: 2:20-cv-00154-CDJ |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 13, 2020

                 Respectfully submitted,

                 PLAINTIFF, Elizabeth Dietrich

                 /s/ Sergei Lemberg

                 Sergei Lemberg, Esq.
                 Bar No.: 317359
                 **LEMBERG LAW, L.L.C.**
                 43 Danbury Road, 3rd
                 Wilton, CT 06897
                 Telephone: (203) 653-2250
                 Facsimile: (203) 653-3424
                 slemberg@lemberglaw.com

# CERTIFICATE OF SERVICE

   I hereby certify that on April 13, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg