**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Elizabeth Dietrich, | :<br>:<br>: Civil Action No.: 2:20-cv-00154-CDJ<br>: |
| Plaintiff, | : |
| v. | : |
| THS Group LLC dba Total Home Protection;<br>and DOES 1-10, inclusive, | :<br>: |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Elizabeth Dietrich ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 17, 2020

                                                              Respectfully submitted,

                                                              PLAINTIFF, Elizabeth Dietrich

                                                              <u>/s/ Sergei Lemberg</u>

                                                              Sergei Lemberg, Esq.
                                                              Bar No.: 317359
                                                             **LEMBERG LAW, L.L.C.**
                                                              43 Danbury Road, 3rd
                                                              Wilton, CT 06897
                                                              Telephone: (203) 653-2250
                                                              Facsimile: (203) 653-3424
                                                              slemberg@lemberglaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg